Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90273
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
MITZI SEDILLO

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MITZI SEDILLO ) | Case No.: 2:18-cv-10204-DSF (ASx) |
| ) | |
| ) | **NOTICE OF SETTLEMENT** |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| SPEEDY CASH ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

    NOW COMES Plaintiff, MITZI SEDILLO through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

    Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: April 23, 2019                    RESPECTFULLY SUBMITTED,

                                        By:/s/ Matthew A. Rosenthal
                                           Matthew A. Rosenthal
                                           Attorney for Plaintiff,
                                           MITZI SEDILLO

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

> Jamie D. Wells
> McGuireWoods LLP
> Two Embarcadero Center
> Suite 1300
> San Francisco, CA 94111-3821
> T:   +1 415 844 1972
> M: +1 925 785 0654
> F:   +1 415 844 1915
> jwells@mcguirewoods.com
> Attorneys for Defendant,
> SPEEDY CASH

                                        By:/s/ Matthew A. Rosenthal
                                           Matthew A. Rosenthal