Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90273
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
MITZI SEDILLO

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MITZI SEDILLO<br><br>      Plaintiff.<br><br>   v.<br><br>SPEEDY CASH<br><br>      Defendant. | Case No.: 2:18-cv-10204-DSF (ASx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that, pursuant to the settlement reached among Plaintiff, Mitzi Sedillo, and Defendant, Speedy Cash, the parties hereby stipulate, and jointly request, that the present proceeding be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter may be dismissed with prejudice without an Order of the Court.

Date: May 2, 2019                    RESPECTFULLY SUBMITTED,

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
MITZI SEDILLO

By: /s/ Jamie D. Wells
Jamie D. Wells
Attorneys for Defendant,
SPEEDY CASH

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all counsel of record listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By: */s/ Matthew A. Rosenthal*
Matthew A. Rosenthal

STIPULATION FOR DISMISSAL WITH PREJUDICE
- 2 -